THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Norwood Lee
 Jordan, Appellant.
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

Opinion No. 2011-UP-474
 Submitted October 1, 2011  Filed October
26, 2011    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Norwood Lee Jordan appeals the circuit court's order revoking his
 probation, arguing the circuit court erred in finding Jordan remained on
 probation.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State
 v. Picklesimer, 388 S.C. 264, 270, 695 S.E.2d 845, 848 (2010) (explaining that
 "successful completion" of a community supervision program requires
 the completion of a maximum of two continuous years without any violations or
 revocations).   
AFFIRMED.
FEW, C.J., THOMAS and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.